**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CONSTABLE JOHN BONAVENTURA, AN INDIVIDUAL AND INCAPACITY AS ELECTED OFFICIAL LAS VEGAS TOWNSHIP CONSTABLE,

Appellant,

vs.

CONSTABLE JORDAN ROSS,

Respondent.

No. 67014

**FILED**

MAY 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Robert B. Pool
Goodman Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-16375